UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:13-CR-130 RM |
| | ) | |
| ABRAHAM DELUNA-ESPARZA | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on December 10, 2013. Accordingly, the court ADOPTS those findings and recommendations [docket # 6], ACCEPTS defendant Abraham Deluna-Esparza's plea of guilty, and FINDS the defendant guilty of Counts 1 and 2 of the Information, in violation of 21 U.S.C. § 841(a)(1) and 8 U.S.C. §§ 1326(a) and (b)(2).

SO ORDERED.

ENTERED:   December 30, 2013

/s/ Robert L. Miller, Jr.
Judge, United States District Court
Northern District of Indiana